# Exhibit B



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
t 404 815 6500  f 404 815 6555

August 2, 2018

**By Email and STATUTORY OVERNIGHT DELIVERY**

SQN Asset Servicing, LLC
c/o Douglas J. Lipke, Esq.
Vedder Price
222 North LaSalle Street
Chicago, IL  60601

    Re:    Demand for Possession – 5765 & 5775 Peachtree Industrial Boulevard, Norcross, Georgia 30092

Dear Mr. Lipke:

    As you know, this firm represents Suniva, Inc. ("Suniva"). This letter concerns the facility located at 5765 and 5775 Peachtree Industrial Boulevard, Norcross, Georgia (the "Facility"), which has been leased to Suniva and is in Suniva's possession. Certain manufacturing equipment (the "Non-Debtor Property") now owned by SQN Asset Servicing, LLC ("SQN") is located at the Facility. *See* Appendix A (listing the Non-Debtor Property).

    Suniva demands that SQN immediately remove the Non-Debtor Property from the Facility. Notwithstanding the foregoing, as a mere accommodation for SQN's convenience, Suniva will not file any action to remove the Non-Debtor Property prior to August 16, 2018. If SQN does not execute a binding agreement with Suniva to remove the Non-Debtor Property, and begin to remove such Non-Debtor Property, from the Facility by August 16, 2018, Suniva intends to file an action to evict or otherwise remove the Non-Debtor Property from the Facility.

    Prior to removing the Non-Debtor Property, SQN must give at least two business days' advance written notice to Matthew McEnerney at mmcenerney@auroramp.com, with such notice to identify the date, time, and names of the persons that will be removing the equipment. Any removal of the Non-Debtor Property must be performed by bonded, licensed, and insured movers on business days between the hours of 9:00 am and 5:00 pm. Please be advised that the Non-Debtor Property must be removed without damage to the Facility, and that if SQN damages the Facility, Suniva will seek to recover the expenses from such damage from SQN.

US2008 14411226 11

ATLANTA  AUGUSTA  CHARLOTTE  DALLAS  DENVER  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO  SAN FRANCISCO
SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

SQN Asset Servicing, LLC
August 2, 2018
Page Two

    Nothing in this letter shall constitute, or be construed as, a waiver of any rights of remedies that Suniva may have in connection with the storage or removal of the Non-Debtor Property, including without limitation, the right to recover the expenses and legal fees incurred in connection with exercising its available remedies.

Very truly yours,

*[signature]*

Colin M. Bernardino

Enclosure

cc:    David M. Baker
        Todd C. Meyers, Esq.

US2008 14411226 11

# APPENDIX A

| Supplier | Tool Designation | Model Number | Serial Number |
|---|---|---|---|
| ASYS | Print #4 | ULTRAline Dual Lane | 058961 |
| ASYS | Print #5 | ULTRAline Dual Lane | 059348 |
| ASYS | Print #6 | ULTRAline Dual Lane | 059321 |
| Centrotherm | DIFF #7 | AP 3000-5(4) | 78250 |
| Centrotherm | DIFF #8 | AP 3000-5(4) | 78249 |
| Centrotherm (Horiba) | DIFF Chem | FDM1000 | HUK 15100145 |
| Centrotherm (Horiba) | DIFF Chem | FDM1000 | HUK 15110022 |
| Centrotherm | PECVD-F #10 | PLASMA 3000-410-4(3) | 78245 |
| Centrotherm | PECVD-F #6 | PLASMA 3000-410-4(4) | 78728 |
| Centrotherm | PECVD-F #7 | PLASMA 3000-410-4(4) | 78729 |
| Centrotherm | PECVD-F #8 | PLASMA 3000-410-4(4) | 78251 |
| Centrotherm | PECVD-F #9 | PLASMA 3000-410-4(3) | 78730 |
| Centrotherm | FF #4 | c-Fire 9.700-5500 | 75884 |
| Centrotherm | FF #5 | c-Fire 9.700-5501 | 78731 |
| Centrotherm | FF #6 | c-Fire 9.700-5502 | 78732 |
| GP/ISRA | Integrated | CELL-Q FS 30M | 239766 |
| GP/ISRA | Integrated | CELL-Q FS 30M | 239767 |
| GP/ISRA | Integrated | CELL-Q FS 30M | 239954 |
| GP/ISRA | Integrated | CELL-Q FS 30M | 239955 |
| GP/ISRA | Integrated | CELL-Q FS 30M | 239962 |
| GP/ISRA | Integrated | CELL-Q FS 30M | 239963 |
| GP/ISRA | Integrated | WAF-Q 4M | 239944 |
| GP/ISRA | Integrated | WAF-Q 4M | 239905 |
| GP/ISRA | Integrated | NANO-D | 239906 |
| GP/ISRA | Integrated | NANO-D | 239945 |
| GP/ISRA | Integrated | COL-Q 1M | 239907 |

| Supplier | Tool Designation | Model Number | Serial Number |
|---|---|---|---|
| GP/ISRA | Integrated | COL-Q 1M | 239946 |
| GP/ISRA | Integrated | COL-Q 1M | 239947 |
| GP/ISRA | Integrated | COL-Q 1M | 242402 |
| GP/ISRA | Integrated | PRINT-Q FS 30M | 239762 |
| GP/ISRA | Integrated | PRINT-Q FS 30M | 239763 |
| GP/ISRA | Integrated | PRINT-Q FS 30M | 239950 |
| GP/ISRA | Integrated | PRINT-Q FS 30M | 239951 |
| GP/ISRA | Integrated | PRINT-Q FS 30M | 239958 |
| GP/ISRA | Integrated | PRINT-Q FS 30M | 239959 |
| GP/ISRA | Integrated | PRINT-Q RS 11M | 239760 |
| GP/ISRA | Integrated | PRINT-Q RS 11M | 239761 |
| GP/ISRA | Integrated | PRINT-Q RS 11M | 239948 |
| GP/ISRA | Integrated | PRINT-Q RS 11M | 239949 |
| GP/ISRA | Integrated | PRINT-Q RS 11M | 239956 |
| GP/ISRA | Integrated | PRINT-Q RS 11M | 239957 |
| GP/ISRA | Integrated | CELL-Q RS 11M | 239764 |
| GP/ISRA | Integrated | CELL-Q RS 11M | 239765 |
| GP/ISRA | Integrated | CELL-Q RS 11M | 239952 |
| GP/ISRA | Integrated | CELL-Q RS 11M | 239953 |
| GP/ISRA | Integrated | CELL-Q RS 11M | 239961 |
| GP/ISRA | Integrated | CELL-Q RS 11M | 239960 |
| InnoLas | LAS #1 | ILS-TT | P131 |
| InnoLas | LAS #2 | ILS-TT | P132 |
| InnoLas | LAS #3 | ILS-TT | P140 |
| InnoLas | LAS #4 | ILS-TT | P141 |
| Jonas and Redmann | Stack Splitter #4 | WHQ 3600 | 5001002648 |
| Jonas and Redmann | Stack Splitter #5 | WHQ 3600 | 5001002647 |

| Supplier | Tool Designation | Model Number | Serial Number |
|---|---|---|---|
| Jonas and Redmann | PECVD-R AUTO | MAiA 2.1 | 5001002651 |
| Jonas and Redmann | PECVD-R AUTO | MAiA 2.1 | 5001002652 |
| Jonas and Redmann | PECVD-R AUTO | MAiA 2.1 | 5001002650 |
| Jonas and Redmann | PECVD-R AUTO | MAiA 2.1 | 5001002649 |
| Jonas and Redmann | PECVD-F AUTO | WHP XXL B | 5001002653 |
| Jonas and Redmann | PECVD-F AUTO | WHP XXL B | 5001002655 |
| Jonas and Redmann | PECVD-F AUTO | WHP XXL B | 5001002656 |
| Meyer Burger | PECVD-R #1 | MAiA 3400 2in1 R2.1 | 28166-A-01 |
| Meyer Burger | PECVD-R #2 | MAiA 3400 2in1 R2.2 | 28167-A-01 |
| Meyer Burger | PECVD-R #3 | MAiA 3400 2in1 R2.3 | 28168-A-01 |
| Meyer Burger | PECVD-R #4 | MAiA 3400 2in1 R2.4 | 18169-A-01 |
| RENA | SDR/Text #5 | BatchTex N200 2800 | 150686\14022 |
| RENA | SDR/Text #6 | BatchTex N200 2801 | 150687\14023 |
| RENA | SDR/Text #7 | BatchTex N200 2802 | 150070\14021 |
| RENA | PSG/El #1 | InOxSide + | 160093\14078 |
| RENA | PSG/El #2 | InOxSide + | 160075\14076 |
| RENA | PSG/El #3 | InOxSide + | 160065\14075 |
| RENA | PSG/El #4 | InOxSide + | 160076\14077 |
| SemiLab | DIFF Sheet Rho | | 16202017 |
| SemiLab | DIFF Sheet Rho | | 16202018 |
| DAS | PECVD-R Abate | STYRX DUO | A27-16-4191 |
| DAS | PECVD-R Abate | STYRX DUO | A27-16-4192 |
| Pure Air Systems/EBARA | PECVD-F Abate | E.DOC-SC-41P | PAS-216-SUNIVA-01-001 |
| Pure Air Systems/EBARA | PECVD-F Abate | E.DOC-SC-41P | PAS-216-SUNIVA-01-002 |
| Pure Air Systems/EBARA | PECVD-F Abate | E.DOC-SC-41P | PAS-216-SUNIVA-01-003 |
| Pure Air Systems/EBARA | PECVD-F Abate | E.DOC-SC-41P | PAS-216-SUNIVA-01-004 |

| Supplier | Tool Designation | Model Number | Serial Number |
|---|---|---|---|
|  |  |  |  |
| Pure Air Systems/EBARA | PECVD-F Abate | E.DOC-SC-41P | PAS-216-SUNIVA-01-005 |
| WuXi AMT | PECVD-F Clean | XZJ05 | 20161118 |
| WuXi AMT | PECVD-F Clean | XZJ05 | 20161119 |
| WuXi AMT | PECVD-F Clean | SMH01 | 2161113 |

| Manufacturer | Equipment |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| WUXI SHODEN TRADING Co., LTD | Graphite Boat Cleaning Machine and Graphite Boat Oven |
| Evoqua Water Technologies LLC | Waste Water Treatment System |
|  |  |