IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUNIVA, INC., | Case No. 17-10837(KG) |
| Debtor. | |
| SQN ASSET SERVICING, LLC | Adversary Proceeding No. 18-50687-KG |
| Plaintiff, | |
| v. | |
| SUNIVA, INC. and LION POINT CAPITAL, LP, | Related to Adv. Docket Nos. 1, 2, 3 & 4 |
| Defendants. | |

## AFFIDAVIT OF SERVICE

I, Monica A. Molitor, being duly sworn according to law, depose and say that I am employed by the law firm of Pepper Hamilton LLP, counsel to SQN Asset Servicing, LLC, in the above-captioned adversary proceeding.

On August 10, 2018, I caused the following documents to be served on the parties set forth on the attached service list, in the manner indicated:

- *Verified Adversary Complaint for Emergency and Preliminary Injunctive Relief* [DI 1];
- *Motion for Emergency and Preliminary Injunctive Relief* [DI 2];
- *Memorandum of Law in Support of Motion for Emergency and Preliminary Injunctive Relief* [DI 3]; and
- *Summons and Notice of Pretrial Conference* [DI 4]

_____
Monica A. Molitor, Senior Paralegal

SWORN TO AND SUBSCRIBED
by me on the 10th day of August, 2018.

_____
Notary Public
My Commission Expires:

DAVID A. SMITH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires December 2, 2018

SQN Asset Servicing, LLC v. Suniva, Inc. and Lion Point Capital, LP
Adv. Proc. 18-50687-KG
Service List

**Federal Express**
Suniva Inc
Attn Chen 'Alex' Zhu
5765 Peachtree Industrial Blvd
Norcross Ga 30092

**By Email and Federal Express**
Colin M. Bernardino, Esq.
Todd C. Meyers, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
cbernardino@kilpatricktownsend.com
tmeyers@kilpatricktownsend.com

**By Email and Federal Express**
Thomas S. Kessler, Esq.
Sean A. O'Neal, Esq.
Jane VanLare, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
tkessler@cgsh.com
soneal@cgsh.com
jvanlare@cgsh.com

**By Email and Hand Delivery**
R. Stephen McNeill, Esq.
Jeremy William Ryan, Esq.
David Ryan Slaugh, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 651
Wilmington, DE 19899
bankruptcy@potteranderson.com
jryan@potteranderson.com
rslaugh@potteranderson.com

**By Email and Federal Express**
Gianfranco Finizio, Esq.
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
gfinizio@kilpatricktownsend.com

**By Email and Hand Delivery**
Ricardo Palacio, Esq.
Karen B. Skomorucha Owens, Esq.
Ashby & Geddes, P. A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801
bankruptcy@ashby-geddes.com
kskomorucha@ashby-geddes.com