IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SUNIVA, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 17-10837(KG) |
| SQN ASSET SERVICING, LLC<br><br>                Plaintiff,<br>v.<br><br>SUNIVA, INC. and LION POINT CAPITAL, LP,<br><br>                Defendants. | Adversary Proceeding No. 18-50687-KG<br><br>**Related to Adv. Docket No. 25** |

### AFFIDAVIT OF SERVICE

I, Marie E. Willey, being duly sworn according to law, depose and say that I am employed by the law firm of Pepper Hamilton LLP, counsel to SQN Asset Servicing, LLC, in the above-captioned adversary proceeding.

On August 17, 2018, I caused the following document to be served on the parties set forth on the attached service list, in the manner indicated:

- *Order Denying Temporary Restraining Order*

                                                                                              Marie E. Willey, Legal Secretary

SWORN TO AND SUBSCRIBED
by me on the 17th day of August, 2018.

_____
DAVID A. SMITH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires December 2, 2018

**FIRST CLASS MAIL**
Suniva Inc
Attn Chen 'Alex' Zhu
5765 Peachtree Industrial Blvd
Norcross Ga 30092

**FIRST CLASS MAIL**
Colin M. Bernardino, Esq.
Todd C. Meyers, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

**FIRST CLASS MAIL**
Thomas S. Kessler, Esq.
Sean A. O'Neal, Esq.
Jane VanLare, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**FIRST CLASS MAIL**
R. Stephen McNeill, Esq.
Jeremy William Ryan, Esq.
David Ryan Slaugh, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 651
Wilmington, DE 19899

**FIRST CLASS MAIL**
Gianfranco Finizio, Esq.
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036

**FIRST CLASS MAIL**
Ricardo Palacio, Esq.
Karen B. Skomorucha Owens, Esq.
Ashby & Geddes, P. A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19801