# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SUNIVA, INC.,[1] | ) Case No. 17-10837 (KG) |
| Debtor. | ) **Re: Docket No. 922** |
| SQN ASSET SERVICING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Adv. Pro. No. 18-50687 (KG) |
| SUNIVA, INC., | ) |
| Defendant. | ) **Re: Docket No. 111** |

## ORDER APPROVING THE GLOBAL SETTLEMENT AGREEMENT

Upon the motion (the "Motion")[2] of Suniva, Inc. (the "Debtor"), the debtor and debtor in possession in the above-captioned cases, for entry of an order approving the Settlement Agreement; and upon consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and proper notice of the hearing to consider the relief requested herein (the "Hearing") having been provided and no further notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in

---

[1] The last four digits of the Debtor's federal tax identification number is 2418. The Debtor's corporate headquarters is located at 5765 Peachtree Industrial Blvd., Norcross, Georgia 30092.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

the best interests of the Debtor, its estate, creditors, and all parties in interest; and the Court having held the Hearing with the appearances of interested parties noted in the record of the Hearing; and upon all of the proceedings before the Court, the Court hereby ORDERS that:

1. The Motion is GRANTED to the extent provided herein.

2. The terms of the Settlement Agreement are fair and reasonable, reflect the Debtor's exercise of prudent business judgment consistent with their fiduciary duties, and were negotiated in good faith and at arms' length.

3. The Settlement Agreement is approved. The failure to specifically include any particular provision of the Settlement Agreement in this order shall not diminish or impair the effectiveness of such provision, it being the intent of the Court to approve the Settlement Agreement in its entirety.

4. The Debtor is authorized to take those actions contemplated by the Settlement Agreement.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: November 20, 2018
Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

IMPAC 6006849v.1